IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JASON KORST, | Case No.: CV 22-9-H-JTJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO FILE TRIAL EXHIBITS UNDER SEAL |
| JEFFERSON COUNTY, MONTANA, | |
| Defendant. | |

UPON CONSIDERATION OF Defendant's Motions to file Trial Exhibits Under Seal and good cause showing,

IT IS HEREBY ORDERED that the Defendant's trial exhibits 501-a, 501-b, 502-a, 502-b, 503-a, 503-b, 504-a, 504-b, will be filed under seal.

DATED this 30th day of April, 2024.

_____
John Johnston
United States Magistrate Judge